

NUMBER 13-10-00587-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

BISHOP CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT,                                                    Appellant,

v.

CYNTHIA NAVA, INDIVIDUALLY AND AS
NEXT FRIEND OF DEMI NAVA, A MINOR,                                  Appellee.

On Appeal from the 17th District Court
of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Perkes**
**Memorandum Opinion Per Curiam**

This appeal was abated by this Court on November 18, 2010, to allow the parties

the opportunity to engage in mediation. This cause is now before the Court on

appellant's motion to dismiss the appeal on grounds that all matters in controversy

between the parties have been resolved to the mutual satisfaction of all parties. Appellant requests that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
10th day of February, 2011.